UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY JAY MILLER,

               Petitioner,

                                      Case No. 1:15-cv-1124

v.

                                        HONORABLE PAUL L. MALONEY

SHANE JACKSON,

               Respondent,

_____/

**JUDGMENT**

      Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date:   July 21, 2017                              /s/ Paul L. Maloney             
                                                  Paul L. Maloney
                                                  United States District Judge